IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RICHARD A. RIEVES,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   No. 2:25-cv-02400-SHL-cgc<br>)<br>)<br>)<br>)<br>) |

**ORDER REQUIRING PARTIES TO FILE MOTION**

Before the Court is the Joint Notice Regarding Mediation Certification Form, filed August 18, 2025. (ECF No. 18.) The filing states that the Parties decided to delay participating in mediation, for which the Scheduling Order set the due date of August 15 (ECF No. 14), while the Honda Pilot undergoes an approximately two-week-long repair (ECF No. 18 at PageID 111).

As a starting point, under the Federal Rules, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . on motion made after the time has expired if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). Because no motion has been filed, the joint notice is of no consequence. And, given that the Parties filed a joint notice rather than a motion, they have not addressed excusable neglect.

Therefore, to the extent that the Parties seek additional time to undergo mediation or to otherwise modify any deadlines in this matter, they shall first file a motion with the Court.

**IT IS SO ORDERED,** this 20th day of August, 2025.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE